UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERNEST RICCI,

    Appellant,

    v.                        CA No. 21-452-WES

CHARLES A. PISATURO, JR.,

    Appellee.

### JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Order entered on April 4, 2022, and in accordance with Fed. R. Civ. P. 58., judgment is entered dismissing this civil.

It is so ordered.

April 4, 2022                    By the Court:

                                    /s/ Hanorah Tyer-Witek.
                                        Clerk of Court